| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cox, Susan E. | 2. Court or Organization<br><br>US District Court | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge -Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Ave.<br>Room 1334<br>Chicago, IL 60604 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Custodial Account #1 |
| 2. | Custodian | Custodial Account #2 |
| 3. | Director | Helping Hand Rehabilitation Center |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Baxter International - Salary & Bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston University Law School | 3/24/11 | Boston, MA | Receive Award | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank | A | Interest | J | T | | | | | |
| 2. Chase Bank | A | Interest | K | T | | | | | |
| 3. Chase Bank | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 5. US Employees Credit Union | A | Interest | J | T | | | | | |
| 6. Baxter International - Exercisable Stock Options | | None | N | T | | | | | |
| 7. Baxter International - Unvested Stock Options | | None | K | T | | | | | |
| 8. Baxter Int'l Common | A | Dividend | L | T | Buy (add'l) | 2/11/11 | N | | |
| 9. | | | | | Sold (part) | 2/11/11 | N | A | |
| 10. Edward Lifesciences Common | | None | J | T | | | | | |
| 11. Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 12. BAXTER INT'L 401K PLAN | | | | | | | | | |
| 13. Stable Income Fund | C | Dividend | L | T | | | | | |
| 14. Composite Fund | A | Dividend | L | T | | | | | |
| 15. S&P 500 Equity Index Fund | A | Dividend | K | T | | | | | |
| 16. General Equity Fund | A | Dividend | J | T | | | | | |
| 17. International EAFE Equity Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Small Cap Fund | A | Dividend | K | T | | | | | |
| 19. Baxter Int'l Common | A | Dividend | L | T | | | | | |
| 20. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 21. AT&T Common | A | Dividend | J | T | | | | | |
| 22. Aperam Common | A | Dividend | | | Spinoff (from line 24) | 02/01/11 | J | | |
| 23. | | | | | Sold | 03/09/11 | J | A | |
| 24. Arcelor Mittal | A | Dividend | | | Sold | 07/19/11 | J | A | |
| 25. Annaly Capital Mgt. Unit Trust | A | Dividend | J | T | | | | | |
| 26. Basic Materials Ultra Sector | A | Dividend | J | T | | | | | |
| 27. Bristol Myers Squibb Common | A | Dividend | J | T | | | | | |
| 28. CVS Caremark Common | A | Dividend | J | T | | | | | |
| 29. Diageo ADR Common | A | Dividend | | | Sold | 03/09/11 | J | B | |
| 30. EBAY Common | | None | J | T | | | | | |
| 31. Exelon Common | A | Dividend | J | T | Buy (add'l) | 03/09/11 | J | | |
| 32. Fidelity Canada | A | Dividend | J | T | | | | | |
| 33. Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 34. Fidelity New Markets Income | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Select Consumer Staples | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 36. Fidelity Select Energy Fund | A | Dividend | J | T | Sold (part) | 08/01/11 | J | A | |
| 37. First Energy | A | Dividend | J | T | Buy (add'l) | 07/19/11 | J | | |
| 38. General Electric Common | A | Dividend | J | T | | | | | |
| 39. Harbor Bond Institutional Fund | A | Int./Div. | J | T | | | | | |
| 40. HTC Corp Common | | None | | | Buy | 07/26/11 | J | | |
| 41. | | | | | Sold | 10/20/11 | J | A | |
| 42. iShares MSCI Brazil Index | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 43. Ishares Silver Trust | | None | J | T | | | | | |
| 44. Kohlberg Kravis Roberts | A | Dividend | | | Buy | 03/09/11 | J | | |
| 45. | | | | | Sold | 09/30/11 | J | A | |
| 46. Matthews Asia Dividend | A | Dividend | J | T | Buy | 07/19/11 | J | | |
| 47. Matthews China Fund | A | Dividend | | | Sold | 09/28/11 | J | B | |
| 48. Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 49. McDonalds Corp | A | Dividend | J | T | | | | | |
| 50. New York Community Bank | A | Dividend | J | T | | | | | |
| 51. Northern Property Trust | A | Dividend | J | T | Buy | 10/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Investment Grade Corp Bond Fund | A | Int./Div. | J | T | | | | | |
| 53. Pioneer High Yield Bond Fund | A | Int./Div. | | | Sold | 03/10/11 | J | B | |
| 54. Provident Energy Trust | A | Royalty | J | T | | | | | |
| 55. SPDR Gold Trust Shares | | None | J | T | | | | | |
| 56. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 03/09/11 | J | | |
| 57. Vodaphone Common | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 58. Walgreen Co. Common | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 59. Yum Brands Inc | A | Dividend | J | T | | | | | |
| 60. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 61. AT&T Common | A | Dividend | J | T | Sold (part) | 10/24/11 | J | A | |
| 62. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 63. Annaly Capital Management | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 64. Apple Inc. Common | | None | J | T | | | | | |
| 65. Baxter Int'l Common | A | Dividend | J | T | | | | | |
| 66. Bell Aliant Reg Communications | A | Dividend | J | T | | | | | |
| 67. Century Link Common | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 68. Coca Cola Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Colabor Group | A | Dividend | | | Sold | 07/19/11 | J | A | |
| 70. Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |
| 71. Fidelity Select Industrials | A | Dividend | | | Sold | 09/26/11 | J | A | |
| 72. Ford Motor Co | | None | | | Sold | 07/19/11 | J | A | |
| 73. Frontier Communications | A | Dividend | | | Sold | 07/19/11 | J | A | |
| 74. General Electric Common | A | Dividend | J | T | | | | | |
| 75. IBM Common | A | Dividend | J | T | | | | | |
| 76. iShares S&P Latin America 40 Index | A | Dividend | | | Sold | 07/19/11 | J | A | |
| 77. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 78. Kimberly Clark Common | A | Dividend | J | T | | | | | |
| 79. Matthews China Fund | A | Dividend | | | Sold | 09/27/11 | J | A | |
| 80. Oracle Corp Common | A | Dividend | J | T | Buy | 03/09/11 | J | | |
| 81. Powershares ETF Int'l Dividend | A | Dividend | J | T | | | | | |
| 82. Proshares Ultra Short 500 | | None | | | Buy | 07/19/11 | K | | |
| 83. | | | | | Sold | 10/27/11 | K | A | |
| 84. SPDR Technology ETF | | None | J | T | | | | | |
| 85. Spy Puts June 16 2012 125 | | None | K | T | Buy | 12/08/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Transocean Limited Common | A | Dividend | | | Buy | 03/09/11 | J | | |
| 87. | | | | | Sold | 12/20/11 | J | A | |
| 88. Unilever PLC Common | A | Dividend | J | T | | | | | |
| 89. Vanguard Consumer Discretionary | A | Dividend | | | Sold | 09/26/11 | J | A | |
| 90. Vanguard Short-Term Bond ETF | A | Dividend | J | T | Buy | 07/19/11 | J | | |
| 91. Vanguard Small Cap Index | A | Dividend | | | Sold | 03/09/11 | J | B | |
| 92. Verizon Communications Common | A | Dividend | J | T | | | | | |
| 93. Wells Fargo Advisors Emerging Markets | A | Dividend | | | Sold | 09/27/11 | J | A | |
| 94. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 95. AT&T Common | A | Dividend | J | T | | | | | |
| 96. Atlantic Power Corp | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 97. Apple Common | | None | J | T | | | | | |
| 98. Bristol Myers Squibb Common | A | Dividend | J | T | | | | | |
| 99. Wells Fargo Advisors Emerging Markets | A | Dividend | | | Sold | 9/27/11 | J | A | |
| 100. Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 101. Fidelity New Markets Income | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 102. Fidelity Pacific Basin | A | Dividend | | | Sold | 09/27/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Select Consumer Staples | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 104. General Electric Common | A | Dividend | J | T | | | | | |
| 105. iShares MSCI Brazil Index | A | Dividend | | | Sold | 07/19/11 | J | A | |
| 106. iShares S&P Latin America 40 Index | A | Dividend | | | Sold | 07/19/11 | J | A | |
| 107. Johnson & Johnson Common | A | Dividend | J | T | | | | | |
| 108. Paychex Inc | A | Dividend | J | T | | | | | |
| 109. Pimco Invest Grade Corp | A | Dividend | J | T | Buy | 07/20/11 | J | | |
| 110. Powershares DB Agriculture Fund | | None | J | T | Buy | 03/09/11 | J | | |
| 111. Vanguard Small Cap Stock | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 112. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 113. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 114. AT&T Common | A | Dividend | J | T | | | | | |
| 115. Atlantic Power Corp | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 116. Apple Common | | None | J | T | | | | | |
| 117. Bristol Myers Squibb Common | A | Dividend | J | T | | | | | |
| 118. Wells Fargo Advisors Emerging Markets | A | Dividend | | | Sold | 9/27/11 | J | A | |
| 119. Fidelity Cash Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity New Markets Income | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 121. Fidelity Pacific Basin | A | Dividend | | | Sold | 09/27/11 | J | A | |
| 122. Fidelity Select Consumer Staples | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 123. General Electric Common | A | Dividend | J | T | | | | | |
| 124. iShares MSCI Brazil Index | A | Dividend | | | Sold | 07/19/11 | J | A | |
| 125. iShares S&P Latin America 40 Index | A | Dividend | | | Sold | 07/19/11 | J | A | |
| 126. Johnson & Johnson Common | A | Dividend | J | T | | | | | |
| 127. Paychex Inc | A | Dividend | J | T | | | | | |
| 128. Pimco Invest Grade Corp | A | Dividend | J | T | Buy | 07/20/11 | J | | |
| 129. Powershares DB Agriculture Fund | | None | J | T | Buy | 03/09/11 | J | | |
| 130. Vanguard Small Cap Stock | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 131. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 132. CUSTODIAL ACCOUNT #1 | | | | | | | | | |
| 133. Chase Bank | A | Interest | J | T | | | | | |
| 134. CUSTODIAL ACCOUNT #2 | | | | | | | | | |
| 135. Chase Bank | A | Interest | J | T | | | | | |
| 136. IL Bright Directions 529 Plan #1 - Fund 80A | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IL Bright Directions 529 Plan #2 - Fund 60A | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Susan E. Cox

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544